UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CHRISTOPHER MARTINEZ, SR.,<br>CHRISTOPHER MARTINEZ, JR.,<br>RANDY SEJA, AND<br>FELIX GAGO,<br><br>            Defendants. | No. 1:16-mj-00086 SMS<br><br>[PROPOSED] UNSEALING ORDER<br><br>(UNDER SEAL)<br><br>SEALED |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Complaint in the above-captioned case be unsealed as all defendants have been arrested.

July 19, 2016
_____
DATED

E P. _____
ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

FILED
JUL 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK