| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Plaintiff<br>United States of America | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MARTINEZ, SR.,<br><br>Defendant. | No. 1:16-CR-00123-DAD-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered between the United States and defendant Christopher Martinez, Sr. and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREEED as follows:

1. Pursuant to 21 U.S.C. § 853(a), the interest of Christopher Martinez, Sr. in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. The sum of $5,000.00 in lieu of the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724.

2. Defendant Christopher Martinez, Sr. shall pay to the United States the sum of $5,000.00 in lieu of the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724, due ten (10) days prior to sentencing. Defendant shall send a cashier's check in the amount of $5,000.00

PRELIMINARY ORDER OF FORFEITURE                       1

made payable to the U.S. Marshals Service. The check shall be sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721.

3. Upon payment of the $5,000.00, the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724 shall be returned to defendant Christopher Martinez, Sr. through his attorney Salvatore Sciandra, 4947 N. Fresno Street, Suite 551, Fresno, California 93726, telephone (559) 233-1000.

4. If payment of the $5,000.00 is not made within the time prescribed above, defendant Christopher Martinez, Sr. shall be deemed to be in default and all right, title, and interest in the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724 shall be forfeited to the United States, pursuant to 21 U.S.C. § 853(a) to be disposed of according to the following:

    a. The U.S. Marshals Service ("USMS") shall list for sale the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724 in a commercially reasonable manner. The USMS shall have sole authority to select the means of the sale, including sale by internet or through auction, and shall have sole authority over the marketing and sale of the Property.

    b. The United States agrees that upon entry of a Final Order of Forfeiture and sale of the Property, the United States will not contest payment to defendant Christopher Martine, Sr. from the proceeds of the sale, after payment of expenses reasonably incurred by the USMS in connection with its custody and sale of the Property, the following:

        i. To the United States, 50% of the net proceeds of the sale of the Property after the above disbursements, which shall be forfeited to the United States and disposed of as provided for by law.

        ii. To Christopher Martinez, Sr., 50% of the net proceeds from the sale of the Property after the above disbursements have been made.

5. The above-listed asset constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1) and 846, or is property which constitutes, or was derived from, proceeds the defendant obtained,

2

directly or indirectly, as the result of such violations.

6. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

7. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

8. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

9. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: **September 4, 2018**  _____
UNITED STATES DISTRICT JUDGE