McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-00123-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| CHRISTOPHER MARTINEZ, SR., | |
| Defendant. | |

WHEREAS, on September 4, 2018, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between the United States and defendant Christopher Martinez, Sr. forfeiting to the United States all right, title, and interest in the following property:

    a. The sum of $5,000.00 in lieu of the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724.

AND WHEREAS, pursuant to his plea agreement and the Preliminary Order of Forfeiture, defendant Christopher Martinez, Sr. was ordered to pay to the United States the sum of $5,000.00 in lieu of the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724, ten (10) days prior to sentencing. Defendant was sentenced on September 4, 2018;

AND WHEREAS, pursuant to the Preliminary Order of Forfeiture, no payment having been received by defendant by or before his sentencing date of September 4, 2018, defendant is

deemed to be in default and all right, title, and interest in the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724 shall be forfeited to the United States, pursuant to 21 U.S.C. § 853(a);

AND WHEREAS, beginning on November 21, 2018, for at least 30 consecutive dates, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeiture property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724 pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, and subject to the following:

    a. The U.S. Marshals Service ("USMS") shall list for sale the 2007 Harley Davidson Motorcycle, VIN: 1HD1KB4317Y639724 (the "Property") in a commercially reasonable manner. The USMS shall have sole authority to select the means of the sale, including sale by internet or through auction, and shall have sole authority over the marketing and sale of the Property.

    b. The United States agrees that upon entry of this Final Order of Forfeiture and sale of the Property, the United States will not contest payment to defendant Christopher Martinez, Sr. from the proceeds of the sale, after payment of expenses reasonably incurred by the USMS in connection with its custody and sale of the Property, the following:

        i. To the United States, 50% of the net proceeds of the sale of the Property after the above disbursements, which shall be forfeited to the

United States and disposed of as provided for by law.

    ii. To Christopher Martinez, Sr., 50% of the net proceeds from the sale of the Property after the above disbursements have been made.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

IT IS SO ORDERED.

Dated: **February 15, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE